# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER M. ROCHA,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>J. JANDA, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 12-1243-GW (LAL)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting the Final Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 20, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE